```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07208
   CHRISTOPHER J JONES
   REGINA JONES                                 CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1852     SSN XXX-XX-2938


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/02/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG          .00            .00             .00
LITTON LOAN SERVICING    MORTGAGE ARRE     17150.48            .00        10909.10
CITY OF CHICAGO WATER DE CURRENT MORTG          .00            .00             .00
CITY OF CHICAGO WATER DE MORTGAGE ARRE       462.00            .00          283.84
AT & T BANKRUPCTY        UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP    UNSECURED          1369.86            .00             .00
CITY OF CHICAGO WATER DE SECURED NOT I       493.22            .00             .00
FINGERHUT                UNSECURED            60.51            .00             .00
*JOYNER LAW OFFICES      DEBTOR ATTY       1,700.00                          10.04
TOM VAUGHN               TRUSTEE                                            658.02
DEBTOR REFUND            REFUND                                                .00


           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               11,861.00

PRIORITY                                            .00
SECURED                                       11,192.94
UNSECURED                                           .00
ADMINISTRATIVE                                    10.04
TRUSTEE COMPENSATION                             658.02
DEBTOR REFUND                                       .00
                      --------------        --------------
TOTALS                11,861.00              11,861.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE